UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20336-CR-ALTONAGA/GOODMAN

UNITED STATES OF AMERICA,

v.

DELANEY EQUITY GROUP LLC,

    Defendant.
_____/

## NOTICE OF RELATED ACTION

The United States of America respectfully files this Notice of Related Action, pursuant to Rule 3.8, Local Rules of the United States District Court for the Southern District of Florida, and as described in Section 2.15.00 of the Court's Internal Operating Procedures, to apprise the Court that certain similar actions that are related to the instant action have been previously filed and/or are pending in the Southern District of Florida. This case is related to the Shell Factory Fraud group of cases, in which the United States has previously filed seven separate cases charging twelve different defendants: *John Ahearn and Andrew Wilson*, Case No. 17-20883-CR-KMW; *United States v. James M. Schneider*, Case No. 17-20712-CR-FAM; *United States v. Myron Gushlak and Yelena Furman*, Case No. 17-20713-CR-CMA; *United States v. David Lubin*, Case No. 17-20508-CR-MGC; *United States v. Sheldon Rose and Ian Kass*, Case No. 16-20706-CR-JEM; *United States v. Steven Sanders and Alvin S. Mirman*, Case No. 16-20572-CR-CMA; and, *United States v. Daniel McKelvey and Jeffrey Lamson*, Case No. 16-20546-CR-RNS. Defendant James M. Schneider is pending trial, currently scheduled to begin during the two-week trial calendar beginning August 20, 2018. Defendants John Ahearn and Andrew Wilson have entered

guilty pleas and have not yet been sentenced.  Defendant Myron Gushlak's case has been placed into fugitive status.  The remaining cases have been closed.

The United States files this Notice pursuant to the requirements of Local Rule 3.8, and otherwise takes no position as to whether the matters should be heard by the same presiding judge.

Dated: April 26, 2017

                              Respectfully submitted,

                              RANDY A. HUMMEL
                              ATTORNEY FOR THE UNITED STATES,
                              ACTING UNDER AUTHORITY
                              CONFERRED BY 28 U.S.C. § 515

By:   *s/ Jerrob Duffy*
        Jerrob Duffy
        Assistant United States Attorney
        Court No. A5501106
        Jerrob.Duffy@usdoj.gov
        United States Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9273
        Fax: (305) 530-6168