UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:18-cr-20336-CMA]

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) |
| DELANEY EQUITY GROUP LLC, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ryan D. O'Quinn, Esq. of DLA Piper LLP (US) hereby enters his appearance as counsel for Defendant, DELANEY EQUITY GROUP LLC. Please furnish the undersigned counsel, Ryan D. O'Quinn, Esq., with copies of all orders, notices, pleadings, motions, and correspondence regarding this proceeding from this date forward.

Respectfully submitted this 26th day of April, 2018.

DLA PIPER LLP (US)

*/s/ Ryan D. O'Quinn*
Ryan D. O'Quinn (FBN: 513857)
ryan.oquinn@dlapiper.com
DLA Piper LLP (US)
200 S. Biscayne Blvd., #2500
Miami, FL 33131
Tel.: 305.423.8553
Fax.: 305.437.8131
*Counsel for Delaney Equity Group*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served this **26th day of April, 2018**, by the Notice of Electronic Filing, and was electronically filed with the Clerk of the Court via the CM/ECF system, which generates a notice of the filing to all attorneys of record.

*/s/Ryan D. O'Quinn*
Ryan D. O'Quinn