AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| ·United States of America | ) | |
| v. | ) | Case No.   1:18-cr-20336-CMA |
| | ) | |
| Delaney Equity Group LLC | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    May 21, 2018

*Defendant's signature as Authorized Party*

*Signature of defendant's attorney*

Ryan D. O'Quinn

*Printed name of defendant's attorney*

*Judge's signature*

Cecilia M. Altnaga

*Judge's printed name and title*